**Order entered October 19, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01306-CR

**CHRISTOPHER RYAN WALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81132-2015**

## ORDER

The two-volume reporter's record was filed March 27, 2017, making appellant's brief due April 26, 2017. After we granted two motions for extension of time to file the brief, the brief was due July 13, 2017. When it was not filed, we abated the case for a hearing in the trial court to determine why the brief had not been filed. In a hearing held September 1, 2017, the trial court found retained counsel William Pigg had not abandoned the appeal but needed fifteen more days in which to file the brief. We reinstated the appeal and ordered the brief due September 20, 2017. Mr. Pigg then filed his "THIRD AND FINAL MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF," citing a death in the family as the need for additional time. We granted the motion and ordered the brief filed by October 16, 2017.

On October 16, Mr. Pigg filed a "MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF FOR GOOD CAUSE." In the motion, Mr. Pigg states that he has "reason to suspect that the all-important *Volume One* of the Reporter's Record" is missing from the reporter's record filed in this Court, and he asks for five additional days, or alternatively a full thirty-day extension, in which to file the brief.

Appellant's brief is six months overdue. And contrary to Mr. Pigg's contentions, the reporter's record, on file in this Court <u>since March 27, 2017</u>, includes the 198-page volume one of the hearing on appellant's open plea of guilty and punishment.

We **DENY** appellant's October 16, 2017 motion. We **ORDER** appellant's brief filed **NO LATER THAN OCTOBER 30, 2017**. Retained counsel is **EXPRESSLY CAUTIONED** that the failure to file the brief by October 30, 2017 will result in the appeal being abated, without further notice, for a hearing in the trial court to determine whether contempt proceedings should be initiated against retained counsel. *See* TEX. R. APP. P. 38.8(b)(2)−(4).

The Clerk is **DIRECTED** to send copies of this order to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; William Pigg; and the Collin County District Attorney's Office.


/s/     LANA MYERS
        JUSTICE